UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

HILARY DEEN GOODWIN                                                                              PLAINTIFF

V.                              No. 3:21-CV-00019-LPR

KEITH BOWERS, Administrator, Craighead
County Detention Center; CRAIGHEAD
COUNTY DETENTION CENTER                                                                       DEFENDANTS

## ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge J. Thomas Ray(Doc. 12).  No objections have been filed and the time to do so has now expired.  After careful consideration and a *de novo* review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Plaintiff's case is DISMISSED, WITHOUT PREJUDICE, due to a lack of prosecution. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the Recommendation would not be taken in good faith.

IT IS SO ORDERED this 3rd day of November, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE