**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

HILARY DEEN GOODWIN                                          PLAINTIFF

V.                              No. 3:21-CV-00019-LPR

KEITH BOWERS, Administrator, Craighead
County Detention Center; CRAIGHEAD
COUNTY DETENTION CENTER                                     DEFENDANTS

## <u>JUDGMENT</u>

Pursuant to the Order that was entered on November 3, 2021, it is considered, ordered, and adjudged that this case is DISMISSED, without prejudice.

IT IS SO ADJUDGED this 3rd day of November, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE